UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PAUL W. DRIGGERS, DJD, CMD, and MKD,<br><br>             Plaintiffs,<br><br>   v.<br><br>DAVID BECK, CHRISTINA McNUTT, ROBIN JACOBSEN, AMANDA GRAFE, DENISE METZGER, KATHY CRAWFORD, JOHN DOES (I-III), POST FALLS IDAHO POLICE DEPARTMENT, IDAHO DEPARTMENT OF HEALTH AND WELFARE, CHERYL BUCKNER, and GLENDA FELTS,<br><br>             Defendants. | Case No. 1:10-cv-00182-EJL<br><br>**JUDGMENT** |

In accordance with the Order filed on this date, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this case is dismissed without prejudice. Additionally, this case is hereby ordered closed.

DATED: **August 28, 2012**

*[signature]*

~~Honora~~ble Edward J. Lodge
U. S. District Judge

**JUDGMENT - 1**